# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Be.R and Br.R., Minor Students, By and Through Their Parents, Chr. R. and Cha.R., and <br><br> L.L., A Minor Student, By and Through His Parents, B.L. and R.L., <br><br> and all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TENNESSEE DEPARTMENT OF EDUCATION; AND TENNESSEE STATE BOARD OF EDUCATION <br><br> Defendants. | No. 3:18-cv-00754 <br> District Judge Aleta A. Trauger <br> CLASS ACTION COMPLAINT |

## STIPULATION OF DISMISSAL

The parties to this action have resolved all claims and agree that this case should be dismissed with prejudice. Therefore, pursuant to Rule 41(a)1(A)(ii) of the Federal Rules of Civil Procedure, all claims in this case are hereby dismissed with prejudice. Any court costs will be paid by Defendants.

Respectfully submitted:

/s/ Jessica F. Salonus
Jessica F. Salonus, BPR #28158
THE SALONUS FIRM, PLC
139 Stonebridge Blvd.
Jackson, TN 38305
Telephone: 731-300-0970
jsalonus@salonusfirm.com
*Attorney for Plaintiffs*

/s/ Justin S. Gilbert
Justin S. Gilbert, BPR #17079
GILBERT LAW, PLC
100 W. Martin Luther King Blvd., Suite 502
Chattanooga, TN 37402
Telephone: 423-499-3044
justin@schoolandworklaw.com
*Attorney for Plaintiffs*

HERBERT H. SLATERY III
Attorney General and Reporter

/s/ Dianna Baker Shew
Dianna Baker Shew BPR #012793
Senior Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
(615) 532-1969
dianna.shew@ag.tn.gov
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a true and exact copy of the foregoing Joint Stipulation of Dismissal has been delivered to counsel, identified below, via the Court's ECF filing system on this, the 31st day of May 2022:

Dianna Baker Shew, BPR #12793
Senior Assistant Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
(615) 532-1969
dianna.shew@ag.tn.gov

*Jessica F. Salonus*

3